UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Fraser Rotchford,

                              Plaintiff,

        v.

Johnson & Johnson et al.,

                              Defendants.

No.  3:19-cv-05104-RBL-DWC

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David

W. Christel, objections to the Report and Recommendation, if any, and the remaining record,

does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's proposed amended complaint is dismissed and this case is closed.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon.
        David W. Christel.

**DATED** this 12th day of Jun/2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1